SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Avenue, Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorney for Plaintiff,
MARQUISE BAILEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>Plaintiff,<br><br>vs.<br><br>LA AMAPOLA LLC D/B/A AMAPOLA DELI & MARKET; AMALA, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:24-cv-05969-RGK (JCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MARQUISE BAILEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of
3  the Court.
4      Additionally, in light of recent settlement, Plaintiff requests the Court to
5  retain jurisdiction for Plaintiff to dismiss the entire action <u>with</u> prejudice for thirty
6  (30) days up until September 28, 2024.

DATED:  August 29, 2024        **SO. CAL EQUAL ACCESS GROUP**

                                              */s/ Jason J. Kim*
                                    JASON J. KIM
                                    Attorney for Plaintiff