JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>    Plaintiff,<br><br>vs.<br><br>LA AMAPOLA LLC D/B/A AMAPOLA DELI & MARKET; AMALA, LLC; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:24-cv-05969-RGK (JCx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION<br><br>[15] |

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until September 28, 2024.

SO ORDERED.

DATED: 8/30/2024

_____
R. Gary Klausner,
United States District Court Judge

1
[PROPOSED] ORDER